FILED
10/5/2022
Clerk, U.S. District Court
District of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **PATRICK C. SULLIVAN,** Defendant. | **VIOLATION:** E1383633 **Location Code: M13** **ORDER** |

Upon unopposed request of the United States, and for good cause shown, **IT IS ORDERED** that the initial appearance is rescheduled for December 8, 2022 at 9:00 a.m. (Mountain Time) at the Missouri River Courthouse in Great Falls, Montana.

**IT IS FURTHER ORDERED** that the defendant may appear telephonically at that initial appearance. The Clerk of Court shall provide the dial-in information to the parties.

DATED this 5th day of October, 2022.

_____
John Johnston
United States Magistrate Judge