# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. PATRICK C. SULLIVAN, Defendant. | PO-22-5152-GF-JTJ  VIOLATION: E1383633 Location Code: M13  ORDER |

Upon unopposed request of the United States, and for good cause shown, **IT IS ORDERED** that the above citation is **DISMISSED** and the initial appearance scheduled for December 8, 2022 at 9:00 a.m in Great Falls, Montana is **VACATED**.

DATED this 29th day of November, 2022.

_____
John Johnston
United States Magistrate Judge